OPINION — AG — THE DEFINITION OF " DEPENDENT " IN 74 O.S. 1971 1303 [74-1303](G) OF THE STATE EMPLOYEES GROUP HEALTH AND LIFE INSURANCE ACT DOES NOT EXCLUDE A STATE EMPLOYEE'S UNMARRIED NATURAL OR ADOPTED CHILDREN, WHERE THE EMPLOYEES DOES NOT HAVE LEGAL CUSTODY OF SAID CHILDREN, BUT FOR WHICH HE IS LEGALLY RESPONSIBLE FOR SUPPORT. CITE: 74 O.S. 1971 1303 [74-1303](G) (DIVORCED FROM THEIR SPOUSES) (JAMES H. GRAY)